**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALI MOKHTARI, an individual; SOPHIE MOKHTARI, an individual, | Case No. 2:25-cv-05687-AH-(RAOx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware corporation; GULF HARBOUR INVESTMENTS CORPORATION, a Delaware corporation; and DOES 1 through 20, INCLUSIVE, | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on April 22, 2026, this action is dismissed with prejudice.

This is a final judgment.

Dated: April 23, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE